## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**EARL BURDETTE and**
**CORNELIA FAY PETTIS**                                                     **PLAINTIFFS**

**v.**                                                     **No. 3:13cv314-MPM-SAA**

**PANOLA COUNTY, MISSISSIPPI,**
**by and through its board of supervisors;**
**DENNIS DARBY, in his individual capacity,**
**and JOHN DOES 1-10**                                                     **DEFENDANTS**

**AND**

**LAVERNE WILBOURN, individually,**
**and as mother and next friend of**
**the minor, TRACY WILBOURN**                                                     **PLAINTIFFS**

**v.**                                                     **No. 3:14cv241-MPM-SAA**

**PANOLA COUNTY, MISSISSIPPI,**
**by and through its board of supervisors;**
**DENNIS DARBY, in his individual capacity,**
**and JOHN DOES 1-10**                                                     **DEFENDANTS**

### ORDER

Upon joint motion of the parties, and for good cause shown, it is hereby ordered that the above-entitled actions are consolidated.

SO ORDERED, this the 11th day of December, 2014

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**